# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: Defendants Liberty Mutual Insurance Company et al.'s Subpoena to Fr. Thomas Patrick Doyle | Misc. Action No.: 1:18-mc-00070-JEB-RMM |
| Diocese of Duluth, | |
| Plaintiff, | |
| v. | District of Minnesota Case No.: 0:17-cv-03254-DWF-LIB |
| Liberty Mutual Insurance Company, et al., | |
| Defendants. | |

## [PROPOSED] ORDER

Based upon the file, records, and proceedings herein,

**IT IS HEREBY ORDERED** that this Miscellaneous Action is transferred to the United States District Court for the District of Minnesota.  The Clerk is directed to transfer this matter in its entirety to the District of Minnesota and to close the case in this Court.

BY THE COURT:

Dated: _____     _____

The Honorable Robin M. Meriweather
United States Magistrate Judge